In the Matter of the Claim of MARY JOSLYN against ONEIDA COMMUNITY, LTD., et al., Respondents. THE STATE INDUSTRIAL BOARD, Appellant.

(Argued March 26, 1931; decided May 12, 1931.)

*John J. Bennett, Jr.,* Attorney-General (*E. C. Aiken* of counsel), for appellant.

*Frank L. Ward* and *F. E. Coursen* for respondents.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.